UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        -against-

RAMI DEWIDAR,

                Defendant.

No. 19 Cr. 807 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    At a conference conducted on the record on September 10, 2020, Mr. Dewidar, having been advised of the charges against him and his rights, waived prosecution by indictment and consented that the proceeding may be by information instead of indictment.  The Clerk of the Court is respectfully directed to docket the information.

SO ORDERED.

Dated:  September 11, 2020
        New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.