```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :   ORDER
              - v. -                  :
                                      :   S1 19 Cr. 807 (LAP)
RAMI DEWIDAR,                         :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X
```

LORETTA A. PRESKA, Senior United States District Judge:

      As a treatment-facility bed has been located for Rami Dewidar, the defendant, the Court respectfully directs that the U.S. Marshals produce the defendant from the Essex County Jail to the U.S. Pretrial Services Office at 500 Pearl Street as early as possible on Monday, September 21, 2020. Because Defendant was temporarily remanded, there is no need for an additional bond.

SO ORDERED.

Dated:   New York, New York
          September 18, 2020

 

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA, U.S.D.J.