UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    19-CR-00807-(LAP)
     -against-                      :
                                    :         ORDER
RAMI DEWIDAR,                       :
                                    :
               Defendant.           :
                                    :
------------------------------------X

LORETTA A. PRESKA, United States District Judge:

IT IS HEREBY ORDERED that, the defendant, Rami Dewidar (███████████; DOB 08/15/1995), participate and successfully complete at least 90 days inpatient treatment at Odyssey House Leadership Center, 309-311 East 6th Street, New York, NY 10003, beginning on September 21, 2020.

**SO ORDERED.**

**Date: September 21, 2020**
     **New York, NY**

*(signature: Loretta A. Preska)*
_____
**Loretta A. Preska**
**United States District Judge**