

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 24, 2020

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Rami Dewidar*, S1 19 Cr. 807 (LAP)

Dear Judge Preska:

    The Court recently adjourned a status conference in the above-captioned case to December 1, 2020 at 2:00 p.m. The Government moves, with the consent of defense counsel, that time be excluded under the Speedy Trial Act through December 1, 2020. Such an exclusion would be in the interest of justice as it would allow for discussions concerning a disposition of this matter and the review of discovery to continue. *See* 18 U.S.C. § 3161(h)(7)A).

                  Respectfully submitted,

                  AUDREY STRAUSS
                  Acting United States Attorney

        by: *Daniel Nessim*
                  Daniel G. Nessim
                  Assistant United States Attorney
                  (212) 637-2486

```
Time shall be excluded under the Speedy Trial Act
through December 1, 2020 in the interests of
justice.
```

**SO ORDERED.**

```
Dated:    November 24, 2020
          New York, New York
```

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.