```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES,                      :
                                    :
            Plaintiff,              :   S1 19 Crim. 807 (LAP)
                                    :
                                    :         ORDER
        -against-                   :
                                    :
RAMI DEWIDAR,                       :
                                    :
            Defendant.              :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        The defendant, Rami Dewidar, is remanded to the custody of the U.S. Marshal, 500 Pearl Street, 4th Floor, New York, NY 10007.  The defendant shall surrender no later than 4:00 p.m. on December 18, 2020.

Dated:  New York, New York
       December 18, 2020

                                              _____
                                              LORETTA A. PRESKA,
                                              Senior U.S.D.J.