UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAMI DEWIDAR,

              Defendant.

No. 19-CR-807 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court issued an order on May 20, 2021 regarding the sentencing hearing for Defendant Rami Dewidar scheduled on May 26, 2021. (See dkt. no. 103.) One correction to that order is necessary: The sentencing hearing will begin at 9:00 a.m., not 10:00 a.m. The remaining information in the Court's prior order (see dkt. no. 103) remains unchanged.

**SO ORDERED.**

Dated:    May 21, 2021
           New York, New York

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge